IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CROCUS BAY DEVELOPMENT, INC.
The Law Building
The Valley
Anguilla

      Plaintiff,

    v.                                  CIVIL ACTION NO.:

RECAP AXA VILLA HOLDINGS INC.
649 Swedesford Road
Malvern, PA 19301

      Defendant.
_____

## COMPLAINT

Plaintiff, CROCUS BAY DEVELOPMENT, INC. ("**Plaintiff**," "**Lender**" or "**Crocus**") by and through his undersigned counsel, hereby sues defendants, RECAP AXA VILLA HOLDINGS INC. ("**Defendant**," "**Borrower**," or "**Recap**") and alleges as follows:

## PARTIES

1. Plaintiff Crocus is a corporation formed under the laws of Anguilla, registered as a foreign corporation with the Commonwealth of Pennsylvania maintaining its principal place of business at The Law Building, The Valley, Anguilla.

2. Defendant Recap is a corporation formed under the laws of the State of Delaware with an office and business address at 649 Swedesford Road, Malvern, Pennsylvania 19355.

3. Plaintiff is suing in its capacity as the secured lending party with respect to a certain below-described Amended and Restated Promissory Note dated November 6, 2024 ("**Note**") in the principal amount of $3,500,000, as more fully described herein, and attached hereto as **Exhibit A**.

1

4. At all times relevant, Defendant transacted with Plaintiff in the Eastern District of Pennsylvania.

## JURISDICTION

5. Jurisdiction is proper in this Court pursuant to, at a minimum, 28 U.S.C. § 1332, as the dispute involves citizens of different states and the amount in controversy is more than $75,000.

## VENUE

6. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391 because, at a minimum, a substantial part of the events or omissions giving rise to the claim occurred in this district.

## FACTUAL BACKGROUND

7. As more fully described below, Recap borrowed and received principal in the amount of $3,500,000 ("**Principal Sum**") from Crocus through the Note with respect to which Recap promised to a) repay Plaintiff the Principal Sum, plus interest, as stated therein.

8. Non-party, KRISH INVESTORS LLC ("**Guarantor**" or "**Krish**") is a limited liability company formed under the laws of the State of New Jersey registered as a foreign limited liability company with the Commonwealth of Pennsylvania and having addresses of business at a) 158 West Gay Street, Suite 200, West Chester, PA 19380, and at b) 708 Ginesi Drive, Morganville, New Jersey 07751.

9. Krish provided a) a Non-Recourse Guaranty dated November 6, 2024 ("**Guaranty**") and Mortgage and Security Agreement dated November 6, 2024 ("**Mortgage**"), in support of the Note, as more fully described herein, and attached hereto as **Exhibits B** and **C**, respectively.

10. Pursuant to the terms of the Note (*see* **Exhibit A** at 5), Recap a) waived any and all rights to a jury trial, and b) consented to a choice of law and choice of venue provision specifying the law of the Commonwealth of Pennsylvania as governing the Note and consent to the "EXCLUSIVE JURISDICTION" of the state and federal courts sitting in the County of Chester in the Commonwealth of Pennsylvania, waiving "ANY CHALLENGES TO THE JURISIDICTION OF, OR VENUE IN, THOSE COURTS FOR ANY DISPUTE BETWEEN LENDER AND BORROWER."

11. Recap executed the Note in the amount of $3,500,000 dated November 6, 2024, payable to Crocus, or its successors and assigns. *See* **Exhibit A**.

12. Under the terms of the Note, Borrower has failed to timely pay the following through and as of January 12, 2026:

| Missed/Late Payment Due date | Missed/Late Payment Amount | Interest Accrued | Late Charges | Total |
|---|---|---|---|---|
| 3/21/2025 | $250,000.00 | $0.00 | $12,500.00 | $12,500.00 |
| 7/29/2025 | $250,000.00 | $8,493.15 | $12,500.00 | $270,993.15 |
| 11/6/2025 | $500,000.00 | $6,027.40 | $25,000.00 | $531,027.40 |
| | | | Attorney Fees | $6,973.50 |
| | | | Total Due | $822,644.73 |

13. Pursuant to the Note's "DEFAULT" provision (*see* **Exhibit A** (Note) at 4), Crocus forwarded letter demands dated December 4, 2025 and January 12, 2026 demanding, among other things, that Recap cure of the Events of Default and breaches of the Note for non-payment within fifteen (15) days of Recap's receipt of this notice letter. A true and correct copy of the default letters with confirmations of delivery are collectively attached hereto as **Exhibits D & E**, respectively.

14. Neither Recap, nor its guarantor, Krish, made any payment in furtherance of curing the monetary defaults under the Note or in response to the default letters (**Exhibits D & E**).

15. Since Recap failed to make the required payments when due, it is in default of the Note.

16. The Note (*see* **Exhibit A** at 2) expressly and unambiguously states that the "Note may be accelerated, and shall become immediately due and payable in full, . . . upon the occurrence of an Event of Default []."

17. The Note expressly and unambiguously states that:

> Borrower shall pay on demand all expenses of Lender in connection with the default, collection, waiver or amendment of loan terms after the Effective Date, or in connection with Lender's exercise, preservation or enforcement of any of its rights, remedies, or options hereunder or any of the other Loan Documents (as defined in the Mortgage) after the Effective Date including without limitation, costs and expenses of filing a complaint or other action, fees of legal counsel, accounting, consulting, brokerage or other similar professional fees or expenses, and the amount of all such expenses shall, until paid, bear interest at the rate applicable to principal hereunder, and shall be secured by the Mortgage and the other Loan Documents.

**Exhibit A** at 5

18. Crocus therefore avers that the unpaid balance together with all accrued and unpaid interest and late charges on the Principal Sum balance through February 17, 2026 equals **$2,238,648.10** is immediately due and owing and is comprised of the accelerated amounts of:

| Missed/Late Payment Due Date | Missed/Late/Accelerated Payment Amount | Interest Accrued at 8% Per Annum | Late Charges | Total |
|---|---|---|---|---|
| 3/21/2025 | $250,000.00 | $0.00 | $12,500.00 | $12,500.00 |
| 7/29/2025 | $250,000.00 | $10,849.32 | $12,500.00 | $273,349.32 |
| 11/6/2025 | $500,000.00 | $10,739.73 | $25,000.00 | $535,739.73 |
| Acceleration of Remaining Principal | $1,400,000.00 | $0.00 | $0.00 | $1,400,000.00 |
| | | | Attorneys' Fees | $16,197.60 |
| | | | Costs | $861.40 |
| | | | **Total Due** | **$2,238,648.10** |

19. Recap is liable to Crocus for all of Crocus's expenses, including reasonable attorneys' fees, costs, and legal expenses, which Crocus has incurred and may in the future incur in enforcing its rights under and collecting the amounts owed by Crocus under the Note.

## COUNT I – BREACH OF CONTRACT
## BREACH OF NOTE

20. The averments of Paragraphs 1-19 are hereby incorporated by reference as if set forth in length herein pursuant to FED. R. CIV. P. 10(c).

21. Recap has breached and is continuing to breach the Note by failing to pay Crocus the **$2,221,589.10** plus accrued attorneys' fees and costs of **$17,059.00**, and the costs to file suit of $405 total balance of all sums due and owing under the Note and as shall continue to accrue and be incurred by Plaintiff until paid-in-full.

22. As a direct and proximate result of Recap's breaches of the Note as alleged above and herein, Crocus has suffered and will continue to suffer significant injuries and damages, including but not limited to, the unpaid Principal Sum balance, together with all accrued and unpaid interest and default interest on the Principal Sum balance, in the total amount of **$2,238,648.10**, plus such interest, default interest, expenses, costs and attorneys' fees as shall continue to accrue and be incurred by Plaintiff until paid-in-full.

WHEREFORE, plaintiff, CROCUS BAY DEVELOPMENT, INC. demands that this Honorable Court grant judgment in its favor and against defendant, RECAP AXA VILLA HOLDINGS INC., in an amount more than **$2,238,648.10**, plus such interest, default interest, expenses, costs and attorneys' fees as have accrued and been incurred and as shall continue to accrue and be incurred by CROCUS BAY DEVELOPMENT, INC. and further relief that the Court deems just, appropriate, equitable and as warranted by applicable law.

Dated: February 20, 2026                Respectfully submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

_____
John J. Jacko III
1417 Locust Street, 3rd Floor
Philadelphia, Pennsylvania 19102
Telephone: (267) 938-4562
Facsimile: (267) 938-4588
jjacko@leechstishman.com
*Attorney for Plaintiff*
CROCUS BAY DEVELOPMENT, INC.